136 A.3d 976

**Eugene LAMBERT, Petitioner**

v.

**Superintendent Trevor WINGARD, Respondent.**

**No. 48 EM 2016.**

Supreme Court of Pennsylvania.

May 12, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of May, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**